# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN BOWMAN,** | : |
| **Plaintiff,** | : |
| v. | : Case. No. 2:19-cv-3092-JDW |
| **MARK WAHL,** *et al.*, | : |
| **Defendant.** | : |

## ORDER

AND NOW, this 24th day of June, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 57) is **GRANTED**;

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 58) is **DENIED**; and

3. **JUDGMENT** is **ENTERED** in favor of Defendants, Daryl Bradley and Lorie Eason, and against Plaintiff Melvin Bowman.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**